No. 718. Japan-Atlantic and Gulf Freight Conference et al. *v.* United States et al.; and
No. 774. Federal Maritime Board *v.* United States et al. United States Court of Appeals for the District of Columbia Circuit. The motions in No. 718 for a stay and to advance, and for leave to file brief of A/S J. Lud-

wig Mowinckels Rederi and others, as *amici curiae,* are denied. Certiorari denied. *Herman Goldman, Elkan Turk* and *George F. Galland* for petitioners in No. 718. *Francis T. Greene* and *Joseph A. Klausner* for petitioner in No. 774. *Acting Solicitor General Stern* and *Ralph S. Spritzer* for the United States, respondent. *John J. O'Connor, Thurman Arnold, Paul A. Porter* and *William L. McGovern* for Isbrandtsen Co., Inc., respondent.